IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------------- :
 UNITED STATES OF AMERICA                               : CASE NO.  1:00 CR 00341–015
                                                        :
                                         Plaintiff      :
                                                        : ORDER MODIFYING THE
                      -vs-                               : CONDITIONS OF DEFENDANT'S
                                                        : PROBATION TO REQUIRE
                                                        : EMPLOYMENT AND REGULAR
 ANSON LETT                                             : REPORTING ON EMPLOYMENT
                                                        : STATUS
                                         Defendant      :
------------------------------------------------------- :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

        This case came before the Court on 3 October 2006 for a probation violation

hearing.  The defendant, Anson Lett, was present and represented by attorney Dennis

Terez.  Ed Feran, Assistant U.S. Attorney, was present for the government.  Mr. Lett's

probation officer, Nora Riley, also attended.

        Mr. Lett's four-year term of supervised release began on 8 October 2004.  On 29

September, Ms. Riley filed a superseding violation report alleging the following

infractions:

        [1] Failure to report to the probation officer as directed – Mr. Lett failed to
        report to Ms. Riley on 5 July 2006.

        [2]  Failure to participate in drug treatment as directed – Mr. Lett failed to
        report for treatment in June and July 2006 and has not contacted the
        treatment provider to schedule a subsequent appointment.

        [3] Failure to submit monthly supervision reports – Mr. Lett did not submit
        supervision reports in May or June 2006.

At the hearing, Mr. Lett admitted to all three violations of his supervised release. Accordingly, the Court finds by a preponderance of the evidence that Mr. Lett is in violation of the terms and conditions of his supervised release.  Considering Mr. Lett's violations under the Sentencing Guidelines, a Grade C violation with a Criminal History Category III, he is eligible for an imprisonment range of from five to eleven months. U.S.S.G. § 7B1.4(a).

Upon review of the matter, and after extended colloquy with parties' counsel and Mr. Lett, the Court hereby modifies the conditions of the defendant's supervision as follows.  Mr. Lett has reported to the Court that he has a job with Willow-Way Trees of Eastlake.  Accordingly, Mr. Lett must continue to hold gainful employment and contact his probation officer by telephone each week to report on his employment status.  Mr. Lett must further comply with all reporting requirements, including the submission of Monthly Supervision Reports.  All other terms and conditions of Mr. Lett's supervised release shall remain in full force and effect.  Failure to meet any one of these conditions shall lead the Court to consider a period of imprisonment for Mr. Lett.

IT IS SO ORDERED.

  /s/Lesley Wells                              
UNITED STATES DISTRICT JUDGE

Dated: 11 October 2006